(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant JOSE NAVARETTE-MENDEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **1:18CR00207** |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER.** |
| v. | |
| JOSE NAVARETTE-MENDEZ, | Date:  February 5, 2021<br>Time: 8:30 a.m. |
| Defendant. | Dept:  5 |

Defendant JOSE NAVARETTE-MENDEZ ("Mr. Mendez"), by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record MCGREGOR SCOTT, United States Attorney, and ROSS PEARSON, Assistant United States Attorney, hereby stipulate as follows: Due to the need to accommodate the sentencing schedule and in light of the global COVID-19 pandemic, all parties now move to continue sentencing until February 5, 2021,

1.      By previous order, on August 14, 2020, Sentencing was set November 6, 2020, at 8:30 a.m. in Courtroom 4 before the Honorable Judge Dale A. Drozd.

2.      By this stipulation, the parties request that the Sentencing date currently scheduled for November 6, 2020 be continued and a new Sentencing date of February 5, 2021, or at a time that is convenient to the court, be set.

1   Counsel for Defendant discussed the request to continue the current Sentencing date and

2   request a new Sentencing date with Assistant United States Attorney Ross Pearson before

3   making the request of the Court.

4

5   IT IS SO STIPULATED.

6   DATED:  October 7, 2020           /s/ Ross Pearson
        ROSS PEARSON
7       Assistant United States Attorney

8   DATED:   October 7, 2020         /s/ *Roger D. Wilson*
        ROGER D. WILSON
9       Attorney for Khalif Mendez

10                  --o0o--

11

12

13

14                  **O R D E R**

15

16   IT IS SO FOUND AND ORDERED that the above Stipulation to continue the currently

17   scheduled Sentencing date of November 6, 2020; and to set a new Sentencing date of February

18   5, 2021, or at a time that is convenient to the court, is hereby approved.

19

20   IT IS SO ORDERED.

21   Dated:   **October 7, 2020**        _____
        UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28